IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

**JOHNATHAN FORD HALL, SR.**
**FKA JOHNATHAN FORD HALL**
**CRISTAL DAWN HALL**
**FKA CRISTAL DAWN GIBSON,**

**CHAPTER 13**

   **DEBTORS.**        **CASE NO. 12-31017-KRH**

**FEDERAL NATIONAL MORTGAGE**
**ASSOCIATION ("FANNIE MAE"),**

   **MOVANT,**

vs.

**JOHNATHAN FORD HALL, SR.**
**CRISTAL DAWN HALL**
**and SUZANNE E. WADE, TRUSTEE,**

   **RESPONDENTS.**

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed by Federal National Mortgage Association ("Fannie Mae") ("Movant"), upon argument of Counsel and the Court finding grounds to grant the Motion; it is:

**ORDERED**, that the automatic stay of 11 U.S.C. §362(a) is hereby modified as to all parties to permit the Movant and its successors and assigns to enforce the lien of its Deed of Trust as it pertains to the real property located at **6510 Luther Bosher Lane, Mechanicsville, VA 23111** and more particularly described as follows:

> **All that certain lot, piece or parcel of land, together with all improvements thereon and appurtenances thereto, belonging, lying and being in Hanover County, Virginia, shown and designated as Lot 47, Block S, Section N, High Point Farms, on a plat of Subdivision entitled "High Point Farms, Section N" made by Goodfellow, Jalbert, Beard and Associates, Inc., recorded April 10, 1987 in the Clerk's Office, Circuit Court, Hanover County, Virginia, in Subdivision Plat Book 6, page 11, to which reference is hereby made for a more particular description of the property herein conveyed.**

Relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

**ORDERED** that upon entry of this Order, the Chapter 13 Trustee shall be relieved of any and all obligation to remit payment incident to the arrearages set forth in the Proof of Claim filed by Movant.

**Johnie R. Muncy, Esquire**
**Counsel for Movant**
**Samuel I White, P.C.**
**Bar No. 73248**
**1804 Staples Mill Road,**
**Suite 200**
**Richmond, VA 23230**
**(804) 290-4290**
**File No. 44354**

Attorney's fees and costs have been incurred in the amount of $1,026.00 in connection with the Motion for Relief from the Automatic Stay.

DATED: Jul 21 2016

/s/ Kevin R. Huennekens

JUDGE KEVIN R. HUENNEKENS

**NOTICE OF JUDGMENT OR ORDER**
**Entered on Docket**

Jul 21 2016

I ask for this:

By: **/s/JOHNIE R. MUNCY**

Michael T. Freeman, Esquire, Bar No. 65460
Johnie R. Muncy, Esquire, Bar No. 73248
Samuel I. White, P.C.
1804 Staples Mill Road,
Suite 200
Richmond, VA 23230
Tel.: (804) 290-4290
Fax: (804) 290-4298
jmuncy@siwpc.com
Counsel for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.

CERTIFICATE OF SERVICE

I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2, with the Court's informal instructions and that it has been endorsed by all necessary parties involved in this proceeding.

By: **/s/JOHNIE R. MUNCY**
Johnie R. Muncy, Esquire
Samuel I. White, P.C.

The Clerk shall mail a copy of the entered Order to the following:

Suzanne E. Wade
Chapter 13 Trustee
P.O. Box 1780
Richmond, VA 23218-1780

Jason Meyer Krumbein
Counsel for Debtors
1650 Willow Lawn Drive
Suite 201
Richmond, VA 23230

Johnathan Ford Hall, Sr., and Cristal Dawn Hall
Debtors
6510 Luther Bosher Lane
Mechanicsville, VA 23111

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                               Case No. 12-31017-KRH
Johnathan Ford Hall, Sr.                                             Chapter 13
Cristal Dawn Hall
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: manleyc           Page 1 of 1           Date Rcvd: Jul 21, 2016
                              Form ID: pdford1        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2016.
db/jdb         +Johnathan Ford Hall, Sr.,   Cristal Dawn Hall,   6510 Luther Bosher Lane,
                Mechanicsville, VA 23111-5348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2016 at the address(es) listed below:
              Andrew David Goldberg    on behalf of Creditor    Federal National Mortgage Association
               Bkmail@rosicki.com
              Eric David White    on behalf of Creditor    Bank of America, N.A. ewhite@siwpc.com,
               mfreeman@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;drubin@siwpc.com;ecfva1@siw
               pc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;bjordan@siwpc.com;
              Eric David White    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing LP ewhite@siwpc.com,
               mfreeman@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;drubin@siwpc.com;ecfva1@siw
               pc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;bjordan@siwpc.com;
              Jason Meyer Krumbein    on behalf of Debtor Johnathan Ford Hall, Sr. jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;plutzky@krumbeinlaw.com
              Jason Meyer Krumbein    on behalf of Joint Debtor Cristal Dawn Hall jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;plutzky@krumbeinlaw.com
              Johnie Rush Muncy    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
               jmuncy@siwpc.com,
               drubin@siwpc.com;bjordan@siwpc.com;klane@siwpc.com;ewhite@siwpc.com;mfreeman@siwpc.com;ecfva1@siw
               pc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;npatel@siwpc.com
              Lisa B. Singer    on behalf of Creditor    Federal National Mortgage Association Bkmail@rosicki.com
              Michael Todd Freeman    on behalf of Creditor    Federal National Mortgage Association ("Fannie
               Mae") mfreeman@siwpc.com,
               ewhite@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc
               .com;ecfva3@siwpc.com;npatel@siwpc.com
              Suzanne E. Wade    ecfsummary@ch13ricva.com,    trustee@ch13ricva.com
                                                                                             TOTAL: 9